UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X  No. 82 CR 312 - CSH

MUTULU SHAKUR,                         :    [~~PROPOSED~~] ORDER   CSH

       Defendant/Petitioner,          :

v.                                     :

UNITED STATES OF AMERICA,              :

       Respondent.                    :

------------------------------------------------------------X

The motion of Mutulu Shakur for production of his medical records is granted.

**IT IS HEREBY ORDERED** that the Bureau of Prisons shall, within ten days, produce to Petitioner:

1. All of Petitioner's medical records from January 1, 2013 to the present, including, but not limited to:

2. Actual native format electronic copies (or, where digital images do not exist, actual films) of each X-ray, CT Scan, PET Scan, ultrasound, doppler, or any other imaging study from January 1, 2013 to the present;

3. Raw data and imaging from all cytogenetic studies performed on Petitioner;

4. All records of medication administration and notes recording Petitioner's reactions to the medication from October 22, 2019 to the present; and

5. All emails, notes, or correspondence regarding Petitioner's records.

6. Where any records are held by an outside provider BOP which has provided diagnoses or treatment to Petitioner at BOP's request, BOP shall immediately request obtain these records and furnish them to petitioner.

Dated: Feb. 19, 2020

_____
Hon. Charles S. Haight
United States District Judge