Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Sep 14 2022

Caption:

UNITED STATES OF AMERICA v.
MUTULU SHAKUR

Docket No.: 82-CR-312

(District Court Judge)

Notice is hereby given that DEFENDANT MUTULU SHAKUR appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other: ORDER DENYING MOTION FOR REDUCTION IN SENTENCE (specify)

entered in this action on AUGUST 31, 2022 (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [X]

Defendant found guilty by plea [ ]   | trial [X] | N/A [ ]

Offense occurred after November 1, 1987?   Yes [ ]   No [X]   N/A [ ]

Date of sentence: AUGUST 2, 1988   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [X] | No [ ] | If yes, provide the following information:

Defendant's Counsel: BRAD THOMSON
Counsel's Address: PEOPLES LAW OFFICE, 1180 N. MILWAUKEE CHICAGO, IL 60642
Counsel's Phone: (773) 235-0070

Assistant U.S. Attorney: ALEXANDRA S. MESSITER
AUSA's Address: 1 ST. ANDREW'S PLACE NEW YORK, NY 10007
AUSA's Phone: (212) 637-2544

Signature